# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Deon S. Glenn, | ) | CASE NO. 4:18 CV 436 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| Vs. | ) | |
| | ) | |
| Ohio Department of Rehabilitation and | ) | Judgment Entry |
| Correction, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This Court, having GRANTED Plaintiff's Motion for Summary Judgment (Doc. 13), hereby enters judgment in favor of plaintiff and against defendants.

IT IS SO ORDERED.

                /s/ Patricia A. Gaughan
                PATRICIA A. GAUGHAN
                United States District Judge
Date: May 14, 2018               Chief Judge