IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEON S. GLENN, | ) | CASE NO: 4:18 CV-00436 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | **PLAINTIFF DEON S. GLENN'S** |
| DIRECTOR GARY MOHR, et al., | ) | **MOTION FOR ATTORNEY FEES** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to 42 U.S.C. § 1988 and Fed. R. Civ. P. 54(d), Plaintiff Deon S. Glenn respectfully moves this Court for an award of attorney fees associated with the Court's May 14, 2018 judgment in Mr. Glenn's favor. (Doc. No. 22 & 23.) Based on this motion, the attached supporting brief and accompanying materials, as well as the record in this case, Mr. Glenn seeks a total sum of $19,842 in fees.

Respectfully submitted,

/s/ Avidan Y. Cover_____
Avidan Y. Cover (0087534)
CASE WESTERN RESERVE UNIVERSITY
SCHOOL OF LAW
MILTON A. KRAMER LAW CLINIC CENTER
11075 East Boulevard
Cleveland, Ohio 44106
(216) 368-2766
Avidan.cover@case.edu
*Attorney for Deon Glenn*

DATED: May 29, 2018

**PROOF OF SERVICE**

    I hereby state that on this 29th day of May, 2018, notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                      /s/ Avidan Y. Cover
                                      Avidan Y. Cover
                                      *Attorney for Plaintiff Deon S. Glenn*