| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 05/06/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: round of edits and sending out email to Ms Carlisle re: update for koger/leaving interns | Anthony Cirranello 0.20 | $150.00 | $30.00 |
| 05/05/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: email draft to mrs. carlisle re: request for update | Anthony Cirranello 0.30 | $150.00 | $45.00 |
| 05/03/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: Printing off all of the briefs to send to Glenn | Valerie Villacampa 0.23 | $150.00 | $35.00 |
| 05/02/2018 | CV-3916 Glenn, Deon | DO-Drafting/editing/reviewing other than above-describe: Made to grammar edits to the transition memo | Valerie Villacampa 0.05 | $150.00 | $7.50 |
| 05/01/2018 | CV-3916 Glenn, Deon | DO-Drafting/editing/reviewing other than above-describe: Drafting the first draft of the transition memo | Valerie Villacampa 4.58 | $150.00 | $687.50 |
| 05/01/2018 | CV-3916 Glenn, Deon | FM-File maintenance: Paper file maintenance | Valerie Villacampa 0.10 | $150.00 | $15.00 |
| 05/01/2018 | CV-3916 Glenn, Deon | FM-File maintenance: Paper file maintenance | Valerie Villacampa 0.93 | $150.00 | $140.00 |
| 04/30/2018 | CV-3916 Glenn, Deon | DO-Drafting/editing/reviewing other than above-describe: Drafting transition memo | Valerie Villacampa 0.60 | $150.00 | $90.00 |
| 04/30/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): Read through and made comments to the Glenn Reply Brief MSJ | Valerie Villacampa 0.68 | $150.00 | $102.50 |
| 04/27/2018 | CV-3916 Glenn, Deon | FM-File maintenance: Paper file maintenance | Valerie Villacampa 1.18 | $150.00 | $177.50 |
| 04/26/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): Reading Defendant's Opposition to MSJ Brief | Valerie Villacampa 0.63 | $150.00 | $95.00 |
| 04/25/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: reviewed defs' brief | Lindsay Cook 0.75 | $150.00 | $112.50 |
| 04/24/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): response brief | Lindsay Cook 0.50 | $150.00 | $75.00 |
| 04/24/2018 | CV-3916 Glenn, Deon | TCO-Telephone call with other than client: Conference call about the case with Lindsay, Anthony, and Avi | Valerie Villacampa 0.48 | $150.00 | $72.50 |
| 04/24/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): Edit response to MSJ | Valerie Villacampa 0.93 | $150.00 | $140.00 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 04/24/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): Edit response to MSJ | Valerie Villacampa 0.80 | $150.00 | $120.00 |
| 04/24/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): final edits to reply brief pp. 4-8 | Anthony Cirranello 0.60 | $150.00 | $90.00 |
| 04/24/2018 | CV-3916 Glenn, Deon | TCO-Telephone call with other than client: phone call w/ avi and team re: final edits to brief | Anthony Cirranello 0.50 | $150.00 | $75.00 |
| 04/24/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): addressing Avi's edits | Anthony Cirranello 0.40 | $150.00 | $60.00 |
| 04/23/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): response brief | Lindsay Cook 1.50 | $150.00 | $225.00 |
| 04/23/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: Draft new Cover Decl. | Valerie Villacampa 0.30 | $150.00 | $45.00 |
| 04/23/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): Draft response to MSJ | Valerie Villacampa 1.78 | $150.00 | $267.50 |
| 04/23/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): edits to Defs MSJ reply | Anthony Cirranello 1.50 | $150.00 | $225.00 |
| 04/22/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): response brief | Lindsay Cook 3.00 | $150.00 | $450.00 |
| 04/22/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): drafted brief for Defs MSJ reply | Anthony Cirranello 7.60 | $150.00 | $1,140.00 |
| 04/21/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: reviewed Defs' brief | Lindsay Cook 0.67 | $150.00 | $100.00 |
| 04/16/2018 | CV-3916 Glenn, Deon | TCO-Telephone call with other than client: called Glenn's wife | Lindsay Cook 0.25 | $150.00 | $37.50 |
| 04/16/2018 | CV-3916 Glenn, Deon | TCO-Telephone call with other than client: Returning call to Glenn's wife | Valerie Villacampa 0.18 | $150.00 | $27.50 |
| 04/15/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): reviewing Glenn Def's Motion to Dismiss | Anthony Cirranello 1.30 | $150.00 | $195.00 |
| 04/13/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): MSJ | Lindsay Cook 2.00 | $150.00 | $300.00 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 04/13/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): MSJ - reworking citations | Valerie Villacampa 0.88 | $150.00 | $132.50 |
| 04/13/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): final edits to brief | Anthony Cirranello 3.40 | $150.00 | $510.00 |
| 04/12/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): MSJ | Lindsay Cook 2.00 | $150.00 | $300.00 |
| 04/12/2018 | CV-3916 Glenn, Deon | MS-Strategy Meeting(other than with client): meet with avi to discuss state policy PDFs, upcoming deadlines | Anthony Cirranello 0.30 | $150.00 | $45.00 |
| 04/12/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): creating state policy PDF of state relig accomm policies, removing/changing brief to reflect correct provisions | Anthony Cirranello 4.20 | $150.00 | $630.00 |
| 04/10/2018 | CV-3916 Glenn, Deon | LR-Legal research: Research for edits Avi wanted me to add | Valerie Villacampa 0.55 | $150.00 | $82.50 |
| 04/10/2018 | CV-3916 Glenn, Deon | MSJ Edits | Valerie Villacampa 2.10 | $150.00 | $315.00 |
| 04/09/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): MSJ | Lindsay Cook 2.00 | $150.00 | $300.00 |
| 04/09/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): MSJ Editing | Valerie Villacampa 1.78 | $150.00 | $267.50 |
| 04/09/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): shortening brief | Anthony Cirranello 1.30 | $150.00 | $195.00 |
| 04/09/2018 | CV-3916 Glenn, Deon | RM-Routine supervisor meeting on this case: weekly meeting re: xxxxxGlenn - Glenn brief, xxxxx reply to MtD | Anthony Cirranello 1.00 | $150.00 | $150.00 |
| 04/08/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): editing glenn brief | Anthony Cirranello 4.40 | $150.00 | $660.00 |
| 04/06/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): MSJ | Lindsay Cook 2.00 | $150.00 | $300.00 |
| 04/05/2018 | CV-3916 Glenn, Deon | TC-Telephone call with client | Lindsay Cook 1.00 | $150.00 | $150.00 |
| 04/05/2018 | CV-3916 Glenn, Deon | TC-Telephone call with client: Call with Glenn re: his declaration and dates for the briefing | Valerie Villacampa 0.80 | $150.00 | $120.00 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 04/05/2018 | CV-3916 Glenn, Deon | TC-Telephone call with client: call with glenn re: discovery/declaration | Anthony Cirranello 0.80 | $150.00 | $120.00 |
| 04/05/2018 | CV-3916 Glenn, Deon | FR- Factual research: picking out Bates # docs from Glenn discov, email group re findings | Anthony Cirranello 0.70 | $0.00 | $0.00 |
| 04/04/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): MSJ | Lindsay Cook 1.00 | $150.00 | $150.00 |
| 04/04/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): editing glenn brief - addressing all Avi's edits, reading/researching cases | Anthony Cirranello 3.40 | $150.00 | $510.00 |
| 04/03/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: Draft letter to Schmader TCI | Valerie Villacampa 0.13 | $150.00 | $20.00 |
| 04/02/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): MSJ Drafting | Valerie Villacampa 1.53 | $150.00 | $230.00 |
| 04/02/2018 | CV-3916 Glenn, Deon | RM-Routine supervisor meeting on this case: weekly xxxxxglenn meeting | Anthony Cirranello 1.10 | $150.00 | $165.00 |
| 04/01/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: edited declaration | Lindsay Cook 0.50 | $150.00 | $75.00 |
| 04/01/2018 | CV-3916 Glenn, Deon | LR-Legal research: MSJ Research | Valerie Villacampa 0.97 | $150.00 | $145.00 |
| 03/31/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): first round of addressing avi's edits to brief | Anthony Cirranello 1.10 | $150.00 | $165.00 |
| 03/31/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: reviewing discovery responses | Anthony Cirranello 0.70 | $150.00 | $105.00 |
| 03/30/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: located other Rastafarian scholars and emailed | Lindsay Cook 0.75 | $150.00 | $112.50 |
| 03/29/2018 | CV-3916 Glenn, Deon | TC-Telephone call with client | Lindsay Cook 1.00 | $150.00 | $150.00 |
| 03/29/2018 | CV-3916 Glenn, Deon | TC-Telephone call with client | Lindsay Cook 0.75 | $150.00 | $112.50 |
| 03/29/2018 | CV-3916 Glenn, Deon | TC-Telephone call with client: Call with Glenn re: his declaration | Valerie Villacampa 0.80 | $150.00 | $120.00 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 03/29/2018 | CV-3916 Glenn, Deon | TC-Telephone call with client: phone call with Glenn re: declaration | Anthony Cirranello 0.80 | $150.00 | $120.00 |
| 03/27/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: stipulated protective order edits | Lindsay Cook 0.25 | $150.00 | $37.50 |
| 03/27/2018 | CV-3916 Glenn, Deon | TC-Telephone call with client: Glenn called re: the Affidavit | Valerie Villacampa 0.17 | $150.00 | $25.00 |
| 03/27/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): finished drafting 1st draft of stipulation order | Anthony Cirranello 1.10 | $150.00 | $165.00 |
| 03/26/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: drafting stipulation for court re: extension schedule | Anthony Cirranello 1.40 | $150.00 | $210.00 |
| 03/26/2018 | CV-3916 Glenn, Deon | RM-Routine supervisor meeting on this case: weekly meeting re: xxxxxxglenn | Anthony Cirranello 1.00 | $150.00 | $150.00 |
| 03/25/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: emails, researching local rules for filing | Anthony Cirranello 0.40 | $150.00 | $60.00 |
| 03/25/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): drafting brief | Anthony Cirranello 6.75 | $150.00 | $1,012.50 |
| 03/24/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: draft email to Rastafarian scholars | Lindsay Cook 1.50 | $150.00 | $225.00 |
| 03/23/2018 | CV-3916 Glenn, Deon | TCO-Telephone call with other than client | Lindsay Cook 1.50 | $150.00 | $225.00 |
| 03/23/2018 | CV-3916 Glenn, Deon | FM-File maintenance: Paper file maintenance | Valerie Villacampa 0.18 | $150.00 | $27.50 |
| 03/23/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: write-up of Glenn call with Worly and Gaughan | Anthony Cirranello 0.50 | $150.00 | $75.00 |
| 03/23/2018 | CV-3916 Glenn, Deon | TCO-Telephone call with other than client: status conference re: glenn | Anthony Cirranello 1.70 | $150.00 | $255.00 |
| 03/23/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): drafting brief - editing language from TRO - change to MSJ argument/standards | Anthony Cirranello 2.20 | $150.00 | $330.00 |
| 03/22/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): drafting brief - organizing and pulling from TRO memo of law | Anthony Cirranello 1.40 | $150.00 | $210.00 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 03/21/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: memo of law outline | Lindsay Cook 0.75 | $150.00 | $112.50 |
| 03/21/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: correspondence re: planning Glenn brief | Anthony Cirranello 0.30 | $150.00 | $45.00 |
| 03/20/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: editing Glenn affidavit | Anthony Cirranello 0.90 | $150.00 | $135.00 |
| 03/19/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: drafted affidavit | Lindsay Cook 1.00 | $150.00 | $150.00 |
| 03/19/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): outline for brief | Anthony Cirranello 1.50 | $150.00 | $225.00 |
| 03/19/2018 | CV-3916 Glenn, Deon | TCO-Telephone call with other than client: phone call with Worly re: status conference | Anthony Cirranello 0.75 | $150.00 | $112.50 |
| 03/19/2018 | CV-3916 Glenn, Deon | RM-Routine supervisor meeting on this case: routine meeting re: outlining argument for brief | Anthony Cirranello 1.00 | $150.00 | $150.00 |
| 03/14/2018 | CV-3916 Glenn, Deon | TCO-Telephone call with other than client: phone call to Glenn's wife re: affidavit questions | Anthony Cirranello 0.20 | $150.00 | $30.00 |
| 03/12/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: emails and texts re: sending affidavit form | Anthony Cirranello 0.50 | $150.00 | $75.00 |
| 03/07/2018 | CV-3916 Glenn, Deon | FM-File maintenance: Updating Glenn's Files | Valerie Villacampa 3.50 | $150.00 | $525.00 |
| 03/07/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: Drafting email to Glenn | Valerie Villacampa 0.25 | $150.00 | $37.50 |
| 03/05/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: Email to Schmader to call xxxxx | Valerie Villacampa 0.17 | $150.00 | $25.00 |
| 03/02/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: discovery edits | Lindsay Cook 0.75 | $150.00 | $112.50 |
| 03/02/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: reviewing/minor edits to discov request | Anthony Cirranello 0.60 | $150.00 | $90.00 |
| 03/01/2018 | CV-3916 Glenn, Deon | TC-Telephone call with client | Lindsay Cook 1.00 | $150.00 | $150.00 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 03/01/2018 | CV-3916 Glenn, Deon | TC-Telephone call with client: Call with Glenn re: what he has been cited for in the past | Valerie Villacampa<br>0.25 | $150.00 | $37.50 |
| 03/01/2018 | CV-3916 Glenn, Deon | MS-Strategy Meeting(other than with client): meet with Avi re: questions about discov req | Anthony Cirranello<br>0.20 | $150.00 | $30.00 |
| 03/01/2018 | CV-3916 Glenn, Deon | TC-Telephone call with client: phone call with Glenn (left early for class) | Anthony Cirranello<br>0.25 | $150.00 | $37.50 |
| 03/01/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): addressing avi's edits to discovery request | Anthony Cirranello<br>1.50 | $150.00 | $225.00 |
| 03/01/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: Editing the written discovery | Valerie Villacampa<br>0.23 | $150.00 | $35.00 |
| 02/28/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: Prepping letter re: the court order and mailing it to Glenn | Valerie Villacampa<br>0.42 | $150.00 | $62.50 |
| 02/28/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: edited discovery request and worked on motion/memo to permit student interns | Lindsay Cook<br>3.50 | $150.00 | $525.00 |
| 02/28/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: editing discovery request | Lindsay Cook<br>0.33 | $150.00 | $50.00 |
| 02/27/2018 | CV-3916 Glenn, Deon | DM-Drafting/editing/reviewing legal memos (briefs/motions): Editing discovery request | Anthony Cirranello<br>0.70 | $150.00 | $105.00 |
| 02/26/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: drafting written discovery request | Lindsay Cook<br>1.50 | $150.00 | $225.00 |
| 02/26/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: drafted letter following up on public records request | Lindsay Cook<br>0.33 | $150.00 | $50.00 |
| 02/26/2018 | CV-3916 Glenn, Deon | RM-Routine supervisor meeting on this case: weekly meeting | Lindsay Cook<br>1.00 | $150.00 | $150.00 |
| 02/26/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: Printing out documents (motion, memo of law, complaint, and court order) to send with letter to Glenn | Valerie Villacampa<br>0.25 | $150.00 | $37.50 |
| 02/25/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: Comparing the in forma pauperis form and previous forms that we have filed | Valerie Villacampa<br>0.25 | $150.00 | $37.50 |
| 02/25/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: Editing letter to Glenn regarding the in forma pauperis form | Valerie Villacampa<br>0.08 | $150.00 | $12.50 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 02/25/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: Finding the in forma pauperis form, drafting a letter to accompany the form to Glenn, & drafting an email to go notify Glenn of the upcoming letter & form | Valerie Villacampa 0.33 | $150.00 | $50.00 |
| 02/24/2018 | CV-3916 Glenn, Deon | DO-Drafting/editing/reviewing other than above-describe: glenn discovery ideas memo - brainstorm discov ideas | Anthony Cirranello 0.60 | $150.00 | $90.00 |
| 02/23/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: emailed Ms. Schmader to schedule a phone appointment | Lindsay Cook 0.17 | $150.00 | $25.00 |
| 02/23/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: email describing call with Judge Gaughn and Mindy Worly | Lindsay Cook 0.50 | $150.00 | $75.00 |
| 02/23/2018 | CV-3916 Glenn, Deon | TCO-Telephone call with other than client: Tried to call Mr. Glenn; spoke with Ms. Schmader about scheduling a phone appointment | Lindsay Cook 0.25 | $150.00 | $37.50 |
| 02/23/2018 | CV-3916 Glenn, Deon | MS-Strategy Meeting(other than with client): discussed call/next steps with Avi | Lindsay Cook 0.50 | $150.00 | $75.00 |
| 02/23/2018 | CV-3916 Glenn, Deon | TCO-Telephone call with other than client: Call with Judge Gaughn and Mindy Worly | Lindsay Cook 0.25 | $150.00 | $37.50 |
| 02/23/2018 | CV-3916 Glenn, Deon | TCO-Telephone call with other than client: Call with Judge Gaughan and DAG Worly | Valerie Villacampa 0.47 | $150.00 | $70.00 |
| 02/23/2018 | CV-3916 Glenn, Deon | DO-Drafting/editing/reviewing other than above-describe: Typing up notes from a call with Judge Gaughan | Valerie Villacampa 0.08 | $150.00 | $12.50 |
| 02/22/2018 | CV-3916 Glenn, Deon | FM-File maintenance: Filing Glenn Complaint | Lindsay Cook 1.00 | $150.00 | $150.00 |
| 02/22/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: edited Glenn Affidavit, scanned into Box | Lindsay Cook 0.33 | $150.00 | $50.00 |
| 02/22/2018 | CV-3916 Glenn, Deon | FM-File maintenance: Filing Glenn TRO complaint | Anthony Cirranello 1.00 | $150.00 | $150.00 |
| 02/22/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: Editing the Civil Cover Sheet | Valerie Villacampa 0.08 | $150.00 | $12.50 |
| 02/21/2018 | CV-3916 Glenn, Deon | DL-Letters, faxes or emails: drafted/edited letter to Mindy Worly | Lindsay Cook 0.50 | $150.00 | $75.00 |
| 02/21/2018 | CV-3916 Glenn, Deon | Editing complaint, memo, TRO | Lindsay Cook 2.00 | $150.00 | $300.00 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 02/21/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: Editing both summonses | Valerie Villacampa 0.17 | $150.00 | $25.00 |
| 02/21/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: Editing the footnote in the Memo of Law | Valerie Villacampa 0.58 | $150.00 | $87.50 |
| 02/21/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: Editing Complaint | Valerie Villacampa 0.33 | $150.00 | $50.00 |
| 02/21/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: Making edits to the Memo of Law and updating citations to the Complaint | Valerie Villacampa 1.10 | $150.00 | $165.00 |
| 02/21/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: Condensing and inserting footnote on favorable and very favorable jurisdictions for the Memo of Law | Valerie Villacampa 1.33 | $150.00 | $200.00 |
| 02/19/2018 | CV-3916 Glenn, Deon | DC-Drafting/editing/reviewing court papers other than briefs: Edited complaint | Lindsay Cook 0.75 | $150.00 | $112.50 |
| | | | 134.65 | | $20,092.50 |