| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 02/24/2018 | CV-3690 Koger, Cecil | DO-Drafting/editing/reviewing other than above-describe: Typing up Glenn's portion of the interview memo | Valerie Villacampa<br>1.08 | $150.00 | $162.50 |
| 02/24/2018 | CV-3690 Koger, Cecil | PIC-Personal interview with client: Drafting memo re: discussions from client interview w/ xxxxxx/ Glenn | Anthony Cirranello<br>0.90 | $150.00 | $135.00 |
| 02/22/2018 | CV-3690 Koger, Cecil | DM-Drafting/editing/reviewing legal memos (briefs/motions): final edits to TRO complaint for Glenn, reviewing TRO Motion and memo of law as well | Anthony Cirranello<br>1.10 | $150.00 | $165.00 |
| 02/22/2018 | CV-3690 Koger, Cecil | FM-File maintenance: creating, formatting and printing Exhibits for Glenn complaint | Anthony Cirranello<br>0.40 | $150.00 | $60.00 |
| 02/20/2018 | CV-3690 Koger, Cecil | DM-Drafting/editing/reviewing legal memos (briefs/motions): edits to glenn complaint - subject/verb, removing xxxxxxxx | Anthony Cirranello<br>1.20 | $150.00 | $180.00 |
| 02/16/2018 | CV-3690 Koger, Cecil | PIC-Personal interview with client: TCI visit with xxxxxxxxxxxxx, Glenn, and xxxxxx | Lindsay Cook<br>4.00 | $150.00 | $600.00 |
| 02/16/2018 | CV-3690 Koger, Cecil | PIC-Personal interview with client: Interviews with xxxxxx Glenn, and xxxxx | Valerie Villacampa<br>3.67 | $150.00 | $550.00 |
| 02/16/2018 | CV-3690 Koger, Cecil | PIC-Personal interview with client: client meetings with xxxxx Glenn, xxxxx and xxxxxx | Anthony Cirranello<br>3.90 | $150.00 | $585.00 |
| 02/15/2018 | CV-3690 Koger, Cecil | MHP-Preparation for meeting or hearing (including trial): printing files for xxxxxGlenn visit, collating and stapling | Anthony Cirranello<br>0.60 | $150.00 | $90.00 |
| 02/14/2018 | CV-3690 Koger, Cecil | MHP-Preparation for meeting or hearing (including trial): creating questions outline for Glennxxxxx visit on 2/16/18 | Anthony Cirranello<br>0.50 | $150.00 | $75.00 |
| 02/02/2018 | CV-3690 Koger, Cecil | DM-Drafting/editing/reviewing legal memos (briefs/motions): Added in new information into the Glennxxxxxx complaint | Valerie Villacampa<br>1.00 | $150.00 | $150.00 |
| 02/01/2018 | CV-3690 Koger, Cecil | FM-File maintenance: Scanned and made paper copies of the packet we sent to Glenn | Valerie Villacampa<br>0.25 | $150.00 | $37.50 |
| 01/31/2018 | CV-3690 Koger, Cecil | DO-Drafting/editing/reviewing other than above-describe: Memo for the Glenn phone call on 1/30/2018 | Valerie Villacampa<br>0.25 | $150.00 | $37.50 |
| 01/31/2018 | CV-3690 Koger, Cecil | DL-Letters, faxes or emails: editing formatting and address and inmate number for Glenn email re: financial docs | Anthony Cirranello<br>0.20 | $150.00 | $30.00 |
| 01/30/2018 | CV-3690 Koger, Cecil | TC-Telephone call with client: Returned call to Glenn and meeting about tasks for this case | Valerie Villacampa<br>1.20 | $150.00 | $180.00 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 01/30/2018 | CV-3690 Koger, Cecil | DL-Letters, faxes or emails: draft email to Glenn re: financial docs and appealing RIB decision | Anthony Cirranello 0.50 | $150.00 | $75.00 |
| 01/30/2018 | CV-3690 Koger, Cecil | TC-Telephone call with client: phone call with Glenn and meeting re: tasks for this case | Anthony Cirranello 1.20 | $150.00 | $180.00 |
| 01/29/2018 | CV-3690 Koger, Cecil | RM-Routine supervisor meeting on this case: Meeting on the case & phone call with Glenn during the meeting; Typing up a memo for the call | Valerie Villacampa 1.50 | $150.00 | $225.00 |
| 01/29/2018 | CV-3690 Koger, Cecil | RM-Routine supervisor meeting on this case: weekly meeting; spoke to Glenn over the phone | Anthony Cirranello 1.20 | $150.00 | $180.00 |
| 01/26/2018 | CV-3690 Koger, Cecil | DL-Letters, faxes or emails: reading and responding to emails and new assignments re: Glenn case | Anthony Cirranello 0.30 | $150.00 | $45.00 |
| 01/25/2018 | CV-3690 Koger, Cecil | DC-Drafting/editing/reviewing court papers other than briefs: Editing the Glenn xxxxx complaint | Valerie Villacampa 0.33 | $150.00 | $50.00 |
| 01/25/2018 | CV-3690 Koger, Cecil | DC-Drafting/editing/reviewing court papers other than briefs: updating cover sheet for Glenn complaint to include related xxxxx case | Anthony Cirranello 0.50 | $150.00 | $75.00 |
| 01/25/2018 | CV-3690 Koger, Cecil | TC-Telephone call with client: two telephone calls from Mr. Glenn re: RIB process beginning (and emails to team) | Anthony Cirranello 0.30 | $150.00 | $45.00 |
| 01/24/2018 | CV-3690 Koger, Cecil | DM-Drafting/editing/reviewing legal memos (briefs/motions): final review edits to Glennxxxxx complaint and TRO | Anthony Cirranello 1.70 | $150.00 | $255.00 |
| 01/22/2018 | CV-3690 Koger, Cecil | DC-Drafting/editing/reviewing court papers other than briefs: Editing the Glenn xxxxx complaint | Valerie Villacampa 0.25 | $150.00 | $37.50 |
| 01/22/2018 | CV-3690 Koger, Cecil | RM-Routine supervisor meeting on this case: weekly koger meeting - discussing Glennxxxxx TRO and complaint final edits | Anthony Cirranello 1.10 | $150.00 | $165.00 |
| 01/22/2018 | CV-3690 Koger, Cecil | TC-Telephone call with client: Glenn phone call and memo email | Anthony Cirranello 0.50 | $150.00 | $75.00 |
| 01/21/2018 | CV-3690 Koger, Cecil | DM-Drafting/editing/reviewing legal memos (briefs/motions): addressing edits to TRO memo of law for Glennxxxxx re: irreparable injury and statement of facts | Anthony Cirranello 1.40 | $150.00 | $210.00 |
| 01/21/2018 | CV-3690 Koger, Cecil | DM-Drafting/editing/reviewing legal memos (briefs/motions): final edits and legal research re: irreparable injury for GlennxxxxxTRO memo of law | Anthony Cirranello 1.10 | $150.00 | $165.00 |
| 01/20/2018 | CV-3690 Koger, Cecil | DM-Drafting/editing/reviewing legal memos (briefs/motions): Editing Glennxxxxx complaint | Anthony Cirranello 1.00 | $150.00 | $150.00 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 01/19/2018 | CV-3690 Koger, Cecil | DC-Drafting/editing/reviewing court papers other than briefs: research/editing Glennxxxxx complaint | Lindsay Cook 1.50 | $150.00 | $225.00 |
| 01/19/2018 | CV-3690 Koger, Cecil | DC-Drafting/editing/reviewing court papers other than briefs: Editing the Glenn xxxxx complaint | Valerie Villacampa 0.83 | $150.00 | $125.00 |
| 01/19/2018 | CV-3690 Koger, Cecil | DM-Drafting/editing/reviewing legal memos (briefs/motions): organizational and header edits to the complaint; addition of facts from phone call with Glenn; incorporating facts about the list into the chronology of events | Anthony Cirranello 1.70 | $150.00 | $255.00 |
| 01/19/2018 | CV-3690 Koger, Cecil | TC-Telephone call with client: two phone calls with client Glenn and email memos | Anthony Cirranello 0.50 | $150.00 | $75.00 |
| 01/19/2018 | CV-3690 Koger, Cecil | DM-Drafting/editing/reviewing legal memos (briefs/motions): editing glenn/king complaint | Anthony Cirranello 1.50 | $150.00 | $225.00 |
| 01/19/2018 | CV-3690 Koger, Cecil | DL-Letters, faxes or emails: emails w/ team re: Glennxxxxx TRO and complaint, emailing Mr. Glenn, emailing Tatiana Carlisle, placing a phone call to possible third client's mother | Anthony Cirranello 0.60 | $150.00 | $90.00 |
| 01/18/2018 | CV-3690 Koger, Cecil | DC-Drafting/editing/reviewing court papers other than briefs: additional edits to Glennxxxxx complaint | Lindsay Cook 0.75 | $150.00 | $112.50 |
| 01/18/2018 | CV-3690 Koger, Cecil | DC-Drafting/editing/reviewing court papers other than briefs: Reviewing and editing Glennxxxxx memo and complaint | Lindsay Cook 1.00 | $150.00 | $150.00 |
| 01/18/2018 | CV-3690 Koger, Cecil | TCO-Telephone call with other than client: Phone calls with Glennxxxx family members; helping new clinic members with email memo re: phone calls | Anthony Cirranello 0.30 | $150.00 | $45.00 |
| 01/17/2018 | CV-3690 Koger, Cecil | DM-Drafting/editing/reviewing legal memos (briefs/motions): drafting intro/factual background for glenn/king TRO memo of law | Anthony Cirranello 2.20 | $150.00 | $330.00 |
| 01/11/2018 | CV-3690 Koger, Cecil | DM-Drafting/editing/reviewing legal memos (briefs/motions): drafting complaint for glenn/king TRO; discussing with avi, phone calls with clients' family members | Anthony Cirranello 6.50 | $150.00 | $975.00 |
| 12/20/2016 | CV-3690 Koger, Cecil | | Galen Baynes 1.17 | $100.00 | $116.67 |
| 12/16/2016 | CV-3690 Koger, Cecil | | Galen Baynes 0.75 | $100.00 | $75.00 |
| 12/11/2016 | CV-3690 Koger, Cecil | | Galen Baynes 0.50 | $100.00 | $50.00 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 11/23/2016 | CV-3690 Koger, Cecil | | Samuel Levine<br>1.00 | $100.00 | $100.00 |
| 11/23/2016 | CV-3690 Koger, Cecil | | Galen Baynes<br>1.00 | $100.00 | $100.00 |
| 11/13/2016 | CV-3690 Koger, Cecil | | Galen Baynes<br>0.75 | $100.00 | $75.00 |
| 11/13/2016 | CV-3690 Koger, Cecil | | Emily Sherwood<br>2.78 | $100.00 | $278.33 |
| 11/11/2016 | CV-3690 Koger, Cecil | | Galen Baynes<br>1.08 | $100.00 | $108.33 |
| 11/09/2016 | CV-3690 Koger, Cecil | . | Galen Baynes<br>0.58 | $100.00 | $58.33 |
| 11/07/2016 | CV-3690 Koger, Cecil | | Galen Baynes<br>2.58 | $100.00 | $258.33 |
| 11/04/2016 | CV-3690 Koger, Cecil | | Galen Baynes<br>0.83 | $100.00 | $83.33 |
| 11/03/2016 | CV-3690 Koger, Cecil | | Samuel Levine<br>1.00 | $100.00 | $100.00 |
| 11/03/2016 | CV-3690 Koger, Cecil | | Emily Sherwood<br>1.00 | $100.00 | $100.00 |
| 11/03/2016 | CV-3690 Koger, Cecil | | Galen Baynes<br>1.00 | $100.00 | $100.00 |
| 11/02/2016 | CV-3690 Koger, Cecil | | Emily Sherwood<br>0.50 | $100.00 | $50.00 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 11/02/2016 | CV-3690 Koger, Cecil | | Emily Sherwood 1.00 | $100.00 | $100.00 |
| 11/01/2016 | CV-3690 Koger, Cecil | | Samuel Levine 0.25 | $100.00 | $25.00 |
| 10/31/2016 | CV-3690 Koger, Cecil | | Galen Baynes 0.67 | $100.00 | $66.67 |
| 10/30/2016 | CV-3690 Koger, Cecil | | Samuel Levine 0.50 | $100.00 | $50.00 |
| 10/28/2016 | CV-3690 Koger, Cecil | | Galen Baynes 1.17 | $100.00 | $116.67 |
| 10/28/2016 | CV-3690 Koger, Cecil | | Emily Sherwood 1.00 | $100.00 | $100.00 |
| 10/28/2016 | CV-3690 Koger, Cecil | | Samuel Levine 1.00 | $100.00 | $100.00 |
| 10/17/2016 | CV-3690 Koger, Cecil | | Emily Sherwood 0.75 | $100.00 | $75.00 |
| | | | 73.38 | | $9,864.17 |